■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLYN MASSEE, Appellant. [642 NYS2d 835] —Judgment unanimously affirmed (*see, People v Kukavica*, 207 AD2d 968, *lv denied* 84 NY2d 937). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Criminal Possession Controlled Substance, 7th Degree.) Present—Lawton, J. P., Wesley, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERALD RAYMOND SMITH, Also Known as GERALD LEWIS SMITH, Appellant. [642 NYS2d 128] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court should have granted his motion to suppress evidence on the ground that his arrest was not supported by probable cause. Forfeiture of the right to appellate review of that contention occurred, however, because defendant pleaded guilty before the court finally determined the suppression motion (*see, People v Fernandez*, 67 NY2d 686). (Appeal from Judgment of Monroe County Court, Smith, J.—Burglary, 3rd Degree.) Present—Lawton, J. P., Wesley, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN D. KLEIN, Appellant. [642 NYS2d 829] —Judgment unanimously affirmed. Memorandum: The contentions of defendant that his arraignment on a special information and the admission of a Horizontal Gaze Nystagmus test were improper are not preserved for our review (*see*, CPL 470.05 [2]), and we decline to exercise our power to review them as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). County Court's denial of defendant's request for an adjournment of the suppression hearing was within the sound discretion of the court (*see, People v Singleton*, 41 NY2d 402, 405; *see also, People v Hopkins*, 76 NY2d 872, 873). Upon requesting an adjournment to produce a witness, defendant "failed to indicate to the court when, if ever, the witness[ ] could be produced" (*People v Patterson*, 177 AD2d 1042, *lv denied* 79 NY2d 1052). (Appeal from Judgment of Ontario County Court, Harvey, J.— Felony Driving While Intoxicated.) Present—Lawton, J. P., Wesley, Callahan, Balio and Davis, JJ.